[No. 28428-2-I.   Division One.   October 26, 1992.]

THE BROWER COMPANY, *Appellant,* v. PEASE & SONS, INC., *Respondent.*

By an order of the Court of Appeals February 9, 1993, the opinion in the above captioned case which appears in the advance sheets at 67 Wn. App. 640-50 has been withdrawn and the appeal dismissed.